UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERANO-ANDREI DUMITRASCU,<br><br>                                    Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>                                    Defendant. | Case No.: 25-cv-513-JES-MSB<br><br>**ORDER:**<br>**(1) GRANTING JOINT MOTION EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS; and**<br><br>**(2) RESETTING MOTION HEARING**<br><br>**[ECF No. 9]** |

Before the Court is the parties' joint motion to extend the briefing schedule and hearing on Defendant's motion to dismiss (ECF No. X).  ECF No. 9.  Parties represent that Plaintiff did not receive service of the motion despite Defendant's efforts at service and since, Plaintiff has retained counsel.  *Id.*; *see* ECF Nos. 7-8.

Good cause appearing, the Court **GRANTS** the motion and extends the deadlines related to the motion to dismiss as follows:

(1) Plaintiff's opposition to the motion shall be filed no later than **August 15, 2025**;

(2) Defendant's reply to the motion shall be filed no later than **August 29, 2025**;

1

(3) The current motion hearing set for July 30, 2025 is **VACATED** and **RESET** for **September 17, 2025** at **10:00 a.m.**

**IT IS SO ORDERED.**

Dated: July 25, 2025

_____

Honorable James E. Simmons Jr.
United States District Judge

25-cv-513-JES-MSB