UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERANO-ANDREI DUMITRASCU,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>Defendant. | Case No.: 25-cv-513-JES-MSB<br><br>**ORDER:**<br><br>**(1) STRIKING MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT; and**<br><br>**(2) SETTING NEW DEADLINE FOR AMENDED COMPLAINT**<br><br>**[ECF No. 19]** |

On September 15, 2025, the Court granted Defendant's motion to dismiss and set a deadline for Plaintiff to file an amended complaint. ECF No. 18. In the order, the Court also granted Plaintiff's then-counsel's motion to withdraw as counsel. *Id.*

Now before the Court is a motion filed on behalf of Plaintiff requesting additional time to file an amended complaint. ECF No. 19. The motion was filed by counsel who have not yet appeared in the case on behalf of Plaintiff, and in the motion itself, counsel admits that they have not yet decided whether to take on representation of Plaintiff and are still evaluating the case. *Id.* Thus, this motion is not properly filed and the Court **STRIKES** the motion from the docket.

Given the procedural posture of the case, however, the Court will sua sponte grant Plaintiff a brief extension to file an amended complaint. The new deadline for Plaintiff to file an amended complaint is **October 20, 2025**. The Court again cautions Plaintiff that failure to file an amended complaint will result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: October 3, 2025

Honorable James E. Simmons Jr.
United States District Judge

25-cv-513-JES-MSB