UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERANO-ANDREI DUMITRASCU,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>Defendant. | Case No.: 25-cv-513-JES-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 21]** |

Before the Court is the parties' joint motion to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 21. Good cause appearing, the Court **GRANTS** the motion and **DISMISSES** the instant action without prejudice. The parties shall bear their own fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: October 20, 2025

_____

Honorable James E. Simmons Jr.
United States District Judge

1

25-cv-513-JES-MSB